454

359 A.2d 364
**Kenneth R. ROONEY, an Individual, Appellant,**

v.

**Naaman F. BARR, an Individual.**

Supreme Court of Pennsylvania.

Argued March 11, 1976.

Decided July 6, 1976.

Richard L. Rosenzweig, Pittsburgh, for appellant.

No appearance for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

Decree affirmed.    Each party to bear own costs.